UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KRISHNA A. MUHAMMAD D/B/A THE BATON ROUGE PEANUT FACTORY AND THE LOUISIANA PEANUT FACTORY, LLC | CIVIL ACTION NO.: 3:08-cv-00249-JJB-DLD |
| VERSUS | JUDGE BRADY MAGISTRATE JUDGE DALBY |
| COMPASS GROUP USA, INC. | |

### ORDER OF DISMISSAL

Considering the forgoing *Motion for Dismissal*, jointly stipulated by the parties;

**IT IS HEREBY ORDERED**, that the *Motion for Dismissal* filed by Krishna A. Muhammad d/b/a Baton Rouge Peanut Factory, the Louisiana Peanut Factory, LLC, and Compass Group USA, Inc. is granted, dismissing the matter with prejudice.

Signed in Baton Rouge, Louisiana on January 11, 2010

_____
Judge Brady

Please send Notice of Order to counsel via the electronic case management system:

Nicole F. Gould, #26900 (TA)
Martin Bohman, #22005
**Carleton Dunlap Olinde, Moore & Bohman, L.L.C.**
One American Place, Suite 900
Baton Rouge, LA 70825
225.282.0600 Telephone
225.282.0650 Facsimile
ngould@cdomlaw.com
*Counsel for Krishna A. Muhammad d/b/a Baton Rouge Peanut Factory and Louisiana Peanut Factory, LLC*

V. Thomas Clark, Bar No. 20519 (T.A.)
Rand Dennis, Bar No. 04877
William Shea, Bar No. 29419
Adams and Reeses LLP
450 Laurel Street, Suite 1900
Baton Rouge, LA 70801
Rand.Dennis@arlaw.com
Telephone: (225) 336-5200
Facsimile: (225) 336-5220
*Counsel for Compass Group USA, Inc*